April 9, 2020

United States Courts
Southern District of Texas
F I L E D

MAY 20 2020

David J. Bradley, Clerk of Court

United States District Court

PO Box 61010

Houston, Texas 77208

RE: United States v. Rhonda Fleming

No. 4:07-cv-513-1

Request for Compassionate Release or Release Based on Extraordinary Circumstances Due to Coronavirus

Dear Judge Miller:

Your Honor, I have motions pending before your court requesting my release or for you to modify my sentence to home confinement. I am sending this letter due to serious changes in my circumstances. I have made requests to the Warden, as I have previously provided, so you have jurisdiction to grant my request. The situation is worsening and day-to-day it is obvious the prison officials are not capable of protecting inmates. Many organizations are suing or asking Congress to act to save us. I am asking you for help after receiving an email from Families Against Mandatory Minimums instructing me to ask my judge for relief because I fit the criteria for transfer to home confinement.

First, I am more susceptible to the virus due to a surgery I had that removed a large amount of my intestines, as well as being almost 55, and African-American. The Surgeon General stated that these conditions put people like me at a higher likelihood of dying from the virus.

Second, the Bureau of Prisons is unable to quarantine inmates. There are 80 plus inmates in one dorm. Some of these inmates are taken out into the community for various reasons during the quarantine. The officers are walking around in the dorms without a mask. We have several people exhibiting symptoms of the virus, but the Health Services staff will not test them so that they can continue to say they have no confirmed cases of the virus.

Please Google "Ray Coleman" the local union president of the American Federation of Government Workers. Mr. Coleman is a teacher here at FCI-Tallahassee. He was interviewed by CBS and other prominent news organizations. Mr. Coleman describes how inmates are still being transferred between different detention facilities and prisons. We are all being placed in jeopardy. We have no ability to practice social distancing because the prison is overcrowded.

Last, as you have heard, the virus is being underreported by the Bureau of Prisons. This is causing a denial of care which is harmful to the inmates, officers, and the community. We have had people passing out in the dorm, coughing, clearly exhibiting symptoms of the virus.

I know that my crime was a serious offense, but you did not sentence me to death or to be in fear of my life, since February of this year. Please issue an order releasing me to home confinement at my Mother's home in Houston.

Respectfully,

Rhonda Fleming, Defendant

/s/ Rhonda Fleming

FCI-Tallahassee

PO Box 5000

Tallahassee, FL 32314


CERTIFICATE OF SERVICE

A copy of the same is served by the electronic filing of this Letter Brief by the U.S. District Clerk's office.

Rhonda Fleming

/s/Rhonda Fleming